# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY,<br><br>           Petitioner,<br><br>v.<br><br>LN MANAGEMENT, LLC,<br><br>           Respondent. | Case No. 2:17-cv-00910-APG-VCF<br><br>**ORDER GRANTING MOTION TO STRIKE AND DENYING MOTION FOR DEMAND FOR SECURITY OF COSTS**<br><br>(ECF Nos. 12, 14) |

      Respondent LN Management, LLC demands that Petitioner Federal Housing Finance Agency (FHFA) deposit security for LN's costs under Nevada Revised Statutes § 18.130. ECF No. 12. FHFA opposes by moving to strike LN's demand. ECF No. 14. FHFA argues, among other things, that as a federal agency, it need not post security for costs or damages. LN Management did not respond. I therefore grant the motion to strike as unopposed. LR 7-2(d).

      IT IS THEREFORE ORDERED that petitioner Federal Housing Finance Agency's motion to strike **(ECF No. 14) is GRANTED**.

      IT IS FURTHER ORDERED that respondent LN Management, LLC's motion for demand for security of costs **(ECF No. 12) is DENIED**.

      DATED this 27th day of June, 2017.

                                                          ANDREW P. GORDON<br>                                                          UNITED STATES DISTRICT JUDGE