# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY,<br><br>Plaintiff,<br><br>vs.<br><br>LN MANAGEMENT, LLC,<br><br>Defendant. | 2:17-cv-00910-APG-VCF<br>**ORDER** |

On July 11, 2017, the Court granted the parties' stipulation and order regarding LN Management, LLC's compliance with FHFA's subpoena (ECF No. 20).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for an Order Requiring Respondent to Comply with the Subpoena (ECF No. 16) and Defendant's Motion to Extend Time to Respond to Federal Housing Finance Agency's Motion for an Order Requiring Respondent to Comply with Subpoena (ECF No. 18) are DENIED as MOOT.

DATED this 7th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE