Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert III, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, NV 89501
Tel: (775) 788-2228
lhart@fclaw.com; jtennert@fclaw.com
*Counsel for Petitioner Federal Housing
Finance Agency*

(Admitted *Pro Hac Vice*)
Michael A.F. Johnson, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 942-5000  Fax: (202) 942-5999
Michael.Johnson@apks.com
*Counsel for Petitioner Federal Housing Finance
Agency*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL HOUSING FINANCE AGENCY,
in its capacity as Conservator for the Federal
National Mortgage Association and Federal
Home Loan Mortgage Corporation,

                    Petitioner,

vs.

LN MANAGEMENT, LLC,

                    Respondent.

CASE NO.: 2:17-cv-00910-APG-VCF

**STIPULATION AND
ORDER TO VACATE OCTOBER 11, 2017
STATUS HEARING AND TO DISMISS
CASE WITHOUT PREJUDICE**

On November 21, 2016, the Federal Housing Finance Agency ("FHFA") issued a statutory subpoena under 12 U.S.C. § 4617(b)(2)(I), which was served on LN Management, LLC ("LN Management") on November 22, 2016, seeking information about properties LN Management acquired that have been the subject of HOA foreclosure sales ("the Subpoena"). When LN Management failed to respond, FHFA filed this case on March 31, 2017, seeking to enforce the Subpoena (ECF No. 1). On June 20, 2017, FHFA filed its Motion for an Order Requiring Respondent to Comply with Subpoena (the "Motion") (ECF No. 16). LN Management's response to the Motion was due on July 5, 2017. On July 5, 2017, LN Management filed a Motion to Extend Time to Respond to Federal Housing Finance Agency's Motion for an Order Requiring Respondent to Comply with the Subpoena (ECF No. 18). On July 11, 2017, FHFA and LN Management submitted a stipulation pursuant to which LN Management agreed to produce all documents responsive to the Subpoena no later than July 19, 2017, FHFA agreed that LN would have an open extension of time within which to respond to the Motion to Compel, and further provided that FHFA would have 21 days of FHFA's receipt

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

13290281

1    of all documents responsive to the Subpoena to either deem LN Management's response

2    adequate and withdraw its Motion to Compel, or alternatively, advise LN Management that, in

3    FHFA's view, the response was inadequate, in which case FHFA will proceed with the Motion

4    to Compel and set a date by which LN Management is required to respond to the Motion to

5    Compel. (ECF No. 19).

6        IT IS HEREBY AGREED AND STIPULATED BY AND BETWEEN FHFA and LN

7    MANAGEMENT AS FOLLOWS:

8        1.    FHFA and LN Management stipulate and agree that LN Management has

9    produced documents responsive to the Subpoena, and based on presently available information,

10   FHFA has deemed LN Management's response adequate.  FHFA has notified the Court that it

11   has withdrawn its Motion to Compel (ECF No. 23) and that it intends to dismiss without

12   prejudice its Petition.  (ECF No. 22).

13                       [SIGNATURE PAGE FOLLOWS]

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

13290281

2

1     2.     FHFA and LN Management hereby jointly propose that this case be dismissed

2 without prejudice and that the hearing currently scheduled for October 11, 2017, be vacated.

3     DATED: October 4, 2017.

4

5 **FENNEMORE CRAIG, P.C.**     **LAW OFFICE OF KERRY P. FAUGHNAN**

6 By:   /s/  Leslie Bryan Hart     By:   /s/  Kerry P. Faughnan
    Leslie Bryan Hart, Esq. (SBN 4932)     Kerry P. Faughnan, Esq. (SBN 12204)

7     John D. Tennert, Esq. (SBN 11728)     P.O. Box 335361
    300 E. Second St., Suite 1510     North Las Vegas, NV 89033

8     Reno, Nevada 89501     Tel: 702-301-3096 Fax: 702-331-4222
    Tel: 775-788-2228 Fax: 775-788-2229     Kerry.faughnam@gmail.com

9     lhart@fclaw.com; jtennert@fclaw.com
    and

10     *Attorney for Respondent LN Management LLC*

11 **ARNOLD & PORTER KAYE**
    **SCHOLER LLP**

12     (Admitted *Pro Hac Vice*)
    Michael A.F. Johnson, Esq.

13

14 *Attorneys for Petitioner Federal Housing*
*Finance Agency*

15

16

17 <u>**ORDER**</u>

18     IT IS HEREBY ORDERED that the status conference scheduled for October 11, 2017 is

19 hereby vacated.

20     IT IS FURTHER ORDERED this case be dismissed without prejudice.

21

22     IT IS SO ORDERED.

23     _____
    UNITED STATES DISTRICT JUDGE

24     Dated: October 4, 2017.

25

26

27

28

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

13290281

3